ROBERT FABELA, CITY ATTORNEY
GREGG M. AUDET (SBN 158682)
E-mail: gaudet@anaheim.net
200 S. Anaheim Boulevard, Suite 356
Anaheim, California 92805
Tel: (714) 765-5169 Fax: (714) 765-5123

Attorneys for Defendant City of Anaheim

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE'S HOMELESS TASK FORCE, an unincorporated association; CUPIE NEGRON; PAUL VELEZ; KIMBERLY MACHIELSON, as individuals;<br><br>Plaintiffs,<br><br>vs.<br><br>THE CITY OF ANAHEIM, a municipal entity,<br><br>Defendant. | Case No.:   8:18-cv-00642 DOC (DFMx)<br><br>Assigned to: Judge David O. Carter<br>Dept.:         9D<br><br>**ORDER ON STIPULATION TO CONTINUE SCHEDULING CONFERENCE**<br><br>Action Filed:    April 18, 2018<br>Trial Date:      (not set)<br><br>Scheduling Conference:<br>Current:     September 10, 2018<br>New Date: October 15, 2018 at 8:30 am |

Based on the stipulation of the parties, and good cause appearing,

IT IS HEREBY ORDERED that the Scheduling Conference in this matter currently set for September 10, 2018 at 8:30 a.m. is continued to October 15, 2018 at 8:30 a.m.

IT IS SO ORDERED.

Dated: August 13, 2018          _/s/ David O. Carter_
                                The Hon. David O. Carter
                                United States District Judge