LILI V. GRAHAM (SBN 284264)
SARAH J. GREGORY (SBN 303973)
MICHELLE KIM KOTVAL (SBN 293830)
CRYSTAL SIMS (SBN 62796)
LEGAL AID SOCIETY OF ORANGE COUNTY
2101 North Tustin Avenue
Santa Ana, California 92705
Tel: (714) 571-5282 Fax: (714) 571-5270

Attorneys for Plaintiffs People's Homeless Task Force, Cupie Negron, Paul Velez and Kimberly Machielson

ROBERT FABELA, CITY ATTORNEY
GREGG M. AUDET (SBN 158682)
200 S. Anaheim Boulevard, Suite 356
Anaheim, California 92805
Tel: (714) 765-5169 Fax: (714) 765-5123

Attorneys for Defendant City of Anaheim

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| PEOPLE'S HOMELESS TASK FORCE, an unincorporated association; CUPIE NEGRON; PAUL VELEZ; KIMBERLY MACHIELSON, as individuals; <br><br> Plaintiffs, <br><br> vs. <br><br> THE CITY OF ANAHEIM, a municipal entity, <br><br> Defendant. | Case No.: 8:18-cv-00642 DOC (DFMx) <br><br> Assigned to: Hon. David O. Carter <br> Dept.: 9D <br><br> **NOTICE OF SETTLEMENT** <br><br> Action Filed: 4/18/2018 <br> Trial Date:    None set |
|---|---|

Notice is hereby given that all parties to the above action have reached a settlement with respect all claims asserted in the action. The terms of settlement include:

1. The parties' agreement that defendant Anaheim will abide by certain policies and procedures regarding the property of homeless persons impounded by Anaheim, as set forth in Exhibit A attached hereto;

2. The District Court's retention of jurisdiction over the action and its parties until January 15, 2022, for enforcement and dispute resolution concerning the aforementioned policies and procedures, as set forth in Sections 9 and 12 of Exhibit A;

3. Resolution of all claims for monetary damages asserted by the plaintiffs, with all payments to be completed by February 15, 2019;

4. Resolution of plaintiffs' claims for costs, including reasonable attorneys' fees, in an amount to be agreed upon by the parties or pursuant to a noticed motion filed by Plaintiffs on or before March 11, 2019;

5. The parties' execution of a release agreement; and

6. After Anaheim's payment of all amounts due, plaintiffs' prompt request for dismissal of the action, subject to the Court's retention of jurisdiction for enforcement and oversight purposes as referenced above.

Dated: January 22, 2019         ROBERT FABELA, CITY ATTORNEY

                                By:      /s/ Gregg M. Audet
                                         Gregg M. Audet
                                         Attorneys for Defendant

Dated: January 22, 2019         Legal Aid Society of Orange County

                                By:      /s/ Sarah J. Gregory
                                         Sarah J. Gregory
                                         Attorneys for Plaintiffs